# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GREGORY W. DRIVER,

    Petitioner,

vs.

JOHNNY MORRISON, *et al.*,

    Respondents.

Case No. 2:14-cv-01664-APG-NJK

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. Petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*. Habeas petitioners proceeding *pro se* must use the court-approved *in forma pauperis* form required by Local Rule LSR 1-1 of the Local Rules of Special Proceedings and Appeals. Further, applications to proceed *in forma pauperis* by prisoners must be submitted with an inmate account statement for the past six months and a properly executed financial certificate signed by an authorized prison or jail officer. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

    Due to the lack of an *in forma pauperis* application or filing fee, the present action will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application that includes all required attachments. It does not appear from the papers presented that a dismissal

without prejudice would result in a promptly-filed new petition being untimely.  In this regard, plaintiff at all times remains responsible for calculating the running of the limitations period as applied to his case and properly commencing a timely-filed habeas corpus action.

**IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the filing of **a new petition in a new action**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.

**IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he may not file further documents in this action.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**  Reasonable jurists would not find the dismissal of the improperly-commenced action without prejudice to be debatable or wrong.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated this 17th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE